26-cr-00269
Judge Jeannice W. Appenteng
Random Cat 4



**FILED**
5/29/2026 **MAN**
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**BC**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. |
| v. | ) |
| | ) Violation: Title 18, United States Code, |
| SELENE JAMES | ) Section 641 |
| | ) |
| | ) **INFORMATION** |
| | ) |

The UNITED STATES ATTORNEY charges:

Beginning no later than in or around May 2021 and continuing through in or around March 2022, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

SELENE JAMES,

defendant herein, did knowingly and willfully embezzle, steal, purloin, and convert to her own use, money of the United States, namely, funds not exceeding $1,000 administered by the Social Security Administration, which funds defendant was not entitled to receive;

In violation of Title 18, United States Code, Section 641.

*Andrew S. Boutros (by CAV)*
_____
UNITED STATES ATTORNEY